IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No:    17-cv-03002-KMT          Date:  January 24, 2018
Courtroom Deputy:  Irene Parker              FTR:  Courtroom C-201

*Parties:*                                          *Counsel:*

TAJUDDIN ASHAHEED                    Andrew Joseph McNulty
                                                  Mandarin Annette Bowers

    Plaintiff,

v.

JOHN DOE, in his individual and official capacities

    Defendant.

---

### *AMENDED*
### COURTROOM MINUTES

---

**STATUS CONFERENCE**

**1:29 p.m.**      **Court in session**

Court calls case.  Appearances of counsel.

Discussion regarding the status of serving a defendant on this case. The State of Colorado Governor's office was served with the summons in this case against only a John Doe, but no appearance has been entered. There was an unsuccessful attempt to serve the prosecutor with the Colorado Attorney General's office who is believed to be assigned to this case with notice of this hearing and a subpoena to appear.  The Colorado Department of Corrections has agreed to produce photos of DRDC personnel on duty on the day in question in order to identify the defendant. Counsel received a link to view the photos via the internet on January 24, 2018, but Counsel could not open the link because it was password protected. Plaintiff's counsel intends to continue to work with the Department of Corrections regarding receipt of the photos.

The Court is willing to entertain a motion to extend time for service if necessary.

**1:36 p.m.**      **Court in recess.**

Hearing concluded.
Total in-court time    00: 07

*To order transcripts of hearings, please contact  Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.